USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALTAUNE BROWN,

                Plaintiff,

        -v-

LAY WIN HERBAL INC., ET AL.,

                Defendants.

**ORDER**

24-CV-8114 (PAE) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By Letter Motion dated February 10, 2026, Plaintiff requests a conference regarding discovery dispute. ECF No. 52. Defendant's response is due by **February 13, 2026**.

A conference is scheduled on **February 25, 2026** at **10:30 a.m.** by telephone to address this letter motion. Counsel should contact Chambers using the Court's conference line, 646-453-4442 (Conference ID: 836 506 266#).

**SO ORDERED.**

Dated: February 11, 2026
     New York, New York

Henry J. Ricardo
United States Magistrate Judge