UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALTAUNE BROWN,

                  Plaintiff,

        -v-

LAY WIN HERBAL INC., ET AL.,

                  Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/17/2026_

**ORDER**

24-CV-8114 (PAE) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendant Lay Win Herbal, Inc.'s letter response dated February 13, 2026.  ECF No. 57.  The parties are directed to confer regarding the discovery dispute raised by Plaintiff at ECF No. 52 to see if the dispute can be resolved or narrowed in advance of the February 25, 2026 conference.

As a reminder to the parties, the conference is scheduled on **February 25, 2026** at **10:30 a.m.** by telephone.  Counsel should contact Chambers using the Court's conference line, 646-453-4442 (Conference ID: 836 506 266#).

**SO ORDERED.**

Dated: February 17, 2026
      New York, New York

Henry J. Ricardo
United States Magistrate Judge