UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/25/2026__

ALTAUNE BROWN,

               Plaintiff,

       -v-

LAY WIN HERBAL INC., ET AL.,

             Defendants.

**ORDER**

24-CV-8114 (PAE) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court held a conference on February 25, 2026, to address Plaintiff's February 10, 2026 letter motion. ECF No. 52. During the conference, the parties represented that they had resolved the dispute. Accordingly, Plaintiff's request to compel production and extend the discovery schedule is **DENIED AS MOOT**.

The parties represented that they reached the following resolution:

- Defendant Lay Win Herbal, Inc. will serve its initial disclosures by **March 2, 2026**.

- Defendant Lay Win Herbal, Inc. will serve responses and objections to Plaintiff's combined discovery demands by **March 16, 2026**.

**SO ORDERED.**

Dated: February 25, 2026
     New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1