UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALTAUNE BROWN,

               Plaintiff,

       -v-

LAY WIN HERBAL INC., ET AL.,

               Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/19/2026

**ORDER**

24-CV-8114 (PAE) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court is in receipt of Plaintiff's second letter motion dated March 18, 2026.  ECF No. 66.  Defendant's response is due by **March 23, 2026**.

    A conference is scheduled on **April 1, 2026** at **11:00 a.m.** by telephone to address the discovery dispute.  Counsel should contact Chambers using the Court's conference line, 646-453-4442 (Conference ID: 919 172 30#).

**SO ORDERED.**

Dated: March 19, 2026
     New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge