UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALTAUNE BROWN,

                              Plaintiff,

          -v-

LAY WIN HERBAL INC., ET AL.,

                              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/2026

**ORDER**

24-CV-8114 (PAE) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

A conference was held on April 1, 2026 to address Plaintiff's letter at ECF No. 66 (the "Letter"). For the reasons articulated in the transcript, the relief sought in the Letter is **GRANTED**. Defendant shall serve responses to Plaintiff's requests for production and interrogatories, as well as responsive documents, by **April 8, 2026**. Defendant is warned that failure to comply with this deadline may result in sanctions.

The parties shall confer regarding modifications to the current case management plan and shall file a letter motion on the docket seeking to extend deadlines before those deadlines expire.

The parties are directed to file a joint status letter by **June 1, 2026**.

**SO ORDERED.**

Dated: April 1, 2026
        New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1