UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALTAUNE BROWN,

                Plaintiff,

       -v-

LAY WIN HERBAL INC., ET AL.,

             Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/13/2026_

**ORDER**

24-CV-8114 (PAE) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court is in receipt of the status letter at ECF No. 76. Parties are reminded that if they wish to raise a discovery dispute with the Court, they must follow the undersigned's individual practices, which require first conferring with opposing counsel and then filing a letter motion requesting a conference.

    Parties shall submit a joint status letter by **June 1, 2026**, in accordance with the Court's April 1, 2026 Order, ECF No. 71.

**SO ORDERED.**

Dated: April 13, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1