UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALTAUNE BROWN,

                    Plaintiff,

         -v-

LAY WIN HERBAL INC., ET AL.,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/22/2026__

**ORDER**

24-CV-8114 (PAE) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter motion ("Plaintiff's Motion") filed April 21, 2026.  ECF No. 78.  Defendant's response is due by **April 29, 2026**.

A conference is scheduled on **May 5, 2026** at **2:30 p.m.** by telephone to address Plaintiff's Motion.  Counsel should contact Chambers using the Court's conference line, 646-453-4442 (Conference ID: 257 962 527#).

**SO ORDERED.**

Dated: April 22, 2026
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge