UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALTAUNE BROWN,

                Plaintiff,

        -v-

LAY WIN HERBAL INC., ET AL.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/5/2026__

**ORDER**

24-CV-8114 (PAE) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The undersigned held a conference on May 5, 2026 to address the points raised in Plaintiff's April 21, 2026 letter motion (the "Letter Motion"), ECF No. 78. For the reasons articulated in the conference transcript, the Letter Motion is **GRANTED IN PART AND DENIED IN PART,** and the denials are without prejudice to a future sanctions motion. The Parties shall comply with the following directives.

In response to Document Demands 16 and 17, Defendant Lay Win shall produce any records of work done on the Defendant's premises in the last five years.

In Response to Document Demand 27, Counsel for Defendant Lay Win shall further inquire with his client about the practice for retaining surveillance footage and provide an estimate of when the surveillance footage taken the day Plaintiff alleges to have visited the store would have been destroyed or otherwise deleted.

In Response to Document Demands 29–31, Counsel for Defendant Lay Win shall further inquire with his client about any communications between Defendant

Lay Win and its landlord.  Counsel should specifically ask his client about any text messages or other forms of electronic messages between Lay Win and its landlord.

The Defendant shall produce documents in compliance with these directives by **May 19, 2026.**  Within **one week** thereafter, Parties should confer and file a proposed amended case management plan.

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 78 as **GRANTED IN PART AND DENIED IN PART.**

**SO ORDERED.**

Dated: May 5, 2026
      New York, New York

Henry J. Ricardo
United States Magistrate Judge

2