UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/21/2026

ALTAUNE BROWN,

                Plaintiff,

       -v-

LAY WIN HERBAL INC., ET AL.,

              Defendants.

**ORDER**

24-CV-8114 (PAE) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter motion ("Plaintiff's Motion") requesting a conference. ECF No. 86. The request is **GRANTED**. A conference is scheduled for **June 5, 2026** at **11:00 a.m.** by telephone to discuss Plaintiff's Motion. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 349 606 441#).

Defendant shall respond to Plaintiff's Motion by **May 28, 2026**.

**SO ORDERED.**

Dated: May 21, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge