UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALTAUNE BROWN,

                    Plaintiff,

        -v-

LAY WIN HERBAL INC., ET AL.,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/24/2026

**ORDER**

24-CV-8114 (PAE) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The undersigned held a conference on June 24, 2026 to discuss the ongoing discovery disputes and potential need for sanctions. For the reasons articulated at the conference, Defendants shall provide Plaintiff with the name and contact information for the individual(s) who did work on the property in 2018 as well as the individual(s) who constructed or procured any ramps in the last five years **by June 26, 2026**. If the same individual(s) did the work in 2018 and constructed or procured the ramps, Defendants should make that clear.

**SO ORDERED.**

Dated: June 24, 2026
        New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge