UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/14/2026

ALTAUNE BROWN,

Plaintiff,

-v-

LAY WIN HERBAL INC., ET AL.,

Defendants.

**ORDER**

24-CV-8114 (PAE) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

Given that discovery should now be complete, ECF No. 51, the parties are directed to file a joint status update by **September 25, 2026**.

**SO ORDERED.**

Dated: September 14, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge