UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/28/2026

ALTAUNE BROWN,

Plaintiff,

-v-

LAY WIN HERBAL INC., ET AL.,

Defendants.

**ORDER**

24-CV-8114 (PAE) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the Parties' status report and letters. ECF Nos. 102–105. The Parties were directed to file an updated case management plan in May. *See* ECF No. 83. The Parties should not delay the completion of discovery while the sanctions motion is being considered. The Parties must submit a revised case management plan by **October 12, 2026** or the right to take additional discovery will be forfeited.

**SO ORDERED.**

Dated: September 28, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge