USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/4/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALTAUNE BROWN,

Plaintiff,

-v-

LAY WIN HERBAL INC., ET AL.,

Defendants.

**ORDER**

24-CV-8114 (PAE) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter motion requesting a discovery conference. ECF No. 109. The request is **GRANTED**.

A conference is scheduled for **December 1, 2026,** at **11:00 a.m.** by telephone to discuss Plaintiff's letter motion. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 666 504 770#). Defendant shall file a response to Plaintiff's letter motion by **November 20, 2026**.

**SO ORDERED.**

Dated: November 4, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge